IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAUNCEY T. CHARLES                                                PLAINTIFF

v.                            Case No. 09-6044

BRENT WENTWORTH, *et al.*                                         DEFENDANTS

**ORDER**

Now on this 30th day of March, 2011, there comes on for consideration the report and recommendation filed herein on February 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). Also before the Court are Defendants' written objections to the report and recommendation (doc. 25).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 14) is GRANTED as to Plaintiff's denial of medical care claims and his official capacity claims against all defendants. Separate Defendants Tim Patterson and Rick Loy are DISMISSED as Defendants in this matter. The Motion (doc. 14) is DENIED as to the excessive force claim against Separate Defendant Wentworth in his individual capacity.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**