IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAUNCEY T. CHARLES                                              PLAINTIFF

    V.                          Civil No. 09-6044

BRENT WENTWORTH, et al.                                         DEFENDANTS

O R D E R

On this 6th day of September 2011, there comes on for consideration the report and recommendation filed in this case on August 5, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 44). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 43) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge